UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLE ULRICH *et al.*,

                                    Plaintiffs,

                    -v-

GENERAL MOTORS LLC,

                                    Defendant.

25 Misc. 545 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of two motions to quash. Dkts. 1, 5. Any opposition to such motions is due December 15, 2025. Any replies are due December 22, 2025.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 8, 2025
        New York, New York